Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,

Plaintiffs,

v.

QUALITY FINISH, INC., a Washington corporation,

Defendant.

Cause No. 18-cv-433 JLR

ORDER ON AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter is before the Court on the amended motion of Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, for entry of default judgment against defendant Quality Finish, Inc. The Court has considered the amended motion, supporting papers with exhibits, as well as the pleadings, court files, and records in this matter.

The Court, being otherwise generally advised, ORDERS:

ORDER ON AMENDED MOTION FOR ENTRY OF
DEFAULT JUDGMENT – 1
18-cv-433 JLR

1700 014 th131903

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1. The Carpenters Trusts' amended motion for entry of default judgment is GRANTED;

2. The Court finds that defendant Quality Finish, Inc. is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that defendant Quality Finish, Inc. is liable to the Carpenters Trusts for $18,672.77, as set forth in the February 6, 2017 audit, consisting of $12,507.26 in fringe benefit contributions for the period January 1, 2015 through March 31, 2016, $2,164.08 in liquidated damages, $1,012.50 in audit fees; and $2,988.93 in accrued interest through the date of the audit;

4. The Court finds that defendant Quality Finish, Inc. is liable to the Carpenters Trusts for $2,920.98, representing additional accrued, prejudgment interest from the date of the audit report to the date of the hearing in this matter, August 13, 2018.

5. The Court finds that defendant Quality Finish, Inc. is liable to the Carpenters Trusts for $5,543.50 in attorney fees 29 U.S.C §1132(g)(2)(D), and $498.00 in costs directly related to this action;

6. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2); and

7. The Clerk of Court is directed to enter judgment against defendant Quality Finish, Inc. consistent with this order.

Dated: September 26, 2018.

Honorable James L. Robart
United States District Court Judge

ORDER ON AMENDED MOTION FOR ENTRY OF
DEFAULT JUDGMENT – 2
18-cv-433 JLR

1700 014 th131903

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900